*Law offices of*
## Harold Skovronsky

HAROLD SKOVRONSKY
CHARLES WEISER

1222 AVENUE M
SUITE 501
BROOKLYN, NY 11230
TEL. 718-336-8886
FAX 718-336-8104

October 18, 2023

Honorable Jennifer E. WIllis
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   MYERS – v – COMMISSIONER OF SOCIAL SECURITY
      23-CV-5009(GHW)(JW)

Honorable Magistrate Judge Willis,

    Pursuant to the Court's scheduling order plaintiff's settlement proposal was due on October 12, 2023. We respectfully request a 30-day extension, whereby the proposal is to be sent on or before November 13, 2023, with corresponding extensions of all other deadlines.

The Assistant United States Attorney has kindly consented to this request.

Thank you for Your Honor's attention.

Respectfully,

Harold Skovronsky

HS:bs
cc: Fergus John Kaiser
    Assistant United States Attorney

---

This extension request is GRANTED. SO ORDERED.

*Jennifer E. Willis*
Jennifer E. Willis
United States Magistrate Judge

October 20, 2023